1020

No. 84–6258.  LUCIEN v. McGINNIS, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 84–6262.  BRAGG v. CAVE, JUDGE.  C. A. 5th Cir.  Certiorari denied.

No. 84–6264.  ASH v. SWANSON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 84–6265.  BAKER ET AL. v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 84–6266.  FINNEY v. ROTHGERBER, CHAIRMAN, KENTUCKY PAROLE BOARD, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 84–6267.  LIBERTA v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 84–6269.  HOWARD v. LANDRY.  C. A. 5th Cir.  Certiorari denied.

No. 84–6274.  O'CONNOR v. O'CONNOR.  C. A. 3d Cir.  Certiorari denied.

No. 84–6276.  SPOON ET AL. v. WYOMING.  Sup. Ct. Wyo. Certiorari denied.

No. 84–6277.  VOSSBRINCK v. VOSSBRINCK.  Sup. Ct. Conn. Certiorari denied.

No. 84–6278.  McCALL v. TOVEY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 84–6279.  NORMAN v. OREGON.  Ct. App. Ore.  Certiorari denied.

No. 84–6280.  ZARRILLI v. BRAUNSTEIN.  C. A. 1st Cir.  Certiorari denied.

No. 84–6288.  SOCKWELL v. BLACKBURN, WARDEN, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 84–6292.  CHANCE v. ZIMMERMAN ET AL.  C. A. 3d Cir. Certiorari denied.